

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

January 12, 2021

Hon. Judith C. McCarthy
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

    Re: United States v. Fusco
         20 Mag. 10428

Dear Judge McCarthy:

    The defendant in the above matter has been arrested. Accordingly, the United States respectfully moves to unseal the complaint in this matter.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              United States Attorney

                By: _____
                      James McMahon
                      Assistant United States Attorney
                      (914) 993-1936

SO ORDERED:

_Judith C. McCarthy_   *1/13/2021*
HON. JUDITH C. McCARTHY
United States Magistrate Judge